8 N.Y.3d 994 (2007)
NANCY GIANDANA, Individually and as Administratrix of the Estate of ANNA E. DEMUTH, Deceased, Respondent,
v.
PROVIDENCE REST NURSING HOME et al., Defendants.
PROVIDENCE REST NURSING HOME, Third-Party Plaintiff,
v.
RAMAR SERVICES, INC., Third-Party Defendant, and BECKY AKOSAH, Third-Party Defendant-Appellant.
Court of Appeals of the State of New York.
Submitted April 30, 2007.
Decided June 5, 2007.
Judges JONES taking no part.
Motion for reargument denied [see 8 NY3d 859].